ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

EMILY R. DAHLKE (CABN 322196)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-7027
    Emily.Dahlke@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 3:23-CR-00165-CRB-1 |
| Plaintiff, | ) NOTICE OF DISMISSAL: ORDER |
| v. | ) |
| RODOLFO SAGASTUME-PINEDA, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Rodolfo Sagastume-Pineda without prejudice.

DATED: July 12, 2023

                                        Respectfully submitted,

                                        ISMAIL J. RAMSEY
                                        United States Attorney

                                        *Thomas A. Colthurst*

                                        THOMAS A. COLTHURST
                                        Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR _3:23-cr-00165-CRB-1__

1  Leave is granted to the government to dismiss the indictment against Rodolfo Sagastume-Pineda
2  without prejudice.

5  Date: July 12, 2023

HON. CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL
No. CR _3:23-cr-00165-CRB-1__